SAMUEL R. CORBITT, Appellant, *v.* TRANSPORTATION SHARES, INC., et al., Respondents.

(Submitted June 2, 1931; decided June 16, 1931.)

*Caruthers Ewing* for appellant.
*Daniel Day Walton* for respondents.

Judgment reversed and motion denied, with costs in all courts on the authority of *Bosley* v. *National Machine Co.* (123 N. Y. 550); no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.